Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

)
) Case No. 4:2023cv00034
) (to be filled in by the Clerk's Office)
)

Jazzma Hall
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Georgia Power Christopher Womack
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2023 FEB 29 P 12:08 CLERK SO. DIST. OF GA.

## Amended COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jazzma Hall
Street Address: 1113 E 33rd St
City and County: Savannah  Chatham
State and Zip Code: Georgia 31404
Telephone Number: 912 224 8255
E-mail Address: Jazzma12@yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Christopher Womack
- Job or Title (if known): CEO
- Street Address: 241 Ralph McGill Blvd Bin# 10240
- City and County: Atlanta
- State and Zip Code: Georgia 30308
- Telephone Number:
- E-mail Address (if known): CCwomack@southernco.com

Defendant No. 2
- Name: Georgia Power Company
- Job or Title (if known):
- Street Address: 241 Ralph McGill Blvd
- City and County: Atlanta
- State and Zip Code: Georgia 30308
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In Savannah Georgia 31404
1113 E 33rd St

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Nov 29 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On Dec 21 2022 I Jazzma Hall sent Georgia Power and Christopher Womack a notice of error and rejected bill according to 15 USC 1666 and which Mr Womack had 30 days to respond to my notice saying they were in receipt of the notice but I never received a response. So I sent him an email and no response to the documents sent in the email. If nothing is done after 30 days I no longer owe the amount. On feb 22 2023 Georgia Power shut off service not caring about the pending case or notice of error or rescission

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

There is no issue with monetary damages at a later time. But the Power needs to be restored. I was in my right according to law 15 USC 1666 and 15 USC (c)(d) and ther is a 4 year old having nothing to eat and washing up in cold water might cause Pneumonia.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

replacement of food - $550
Discharge of the bill - $1,157.41
the rescission that was ignored - What 15 USC 1635 will allow
5 people in the house that suffered - $75,000
10 Consumer violations - $10,000
Restore Electric Service
Ownership to be vested in me and Georgia Power no longer have a security interest in my goods.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/27/2023

Signature of Plaintiff: Hall, Jazzma, agent
Printed Name of Plaintiff: Jazzma Hall

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Georgia Power
ATTN: CEO/CFO
241 Ralph McGill Blvd Bin 10240
Atlanta, Georgia 30308
    Inclosed
(Bill rejected & Notice of error)

9590 9402 7732 2152 4578 54

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mail Room
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053            Domestic Return Receipt





HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE Upgrade Now

Find messages, documents, photos or peo Advanced Home

Compose

Back Archive Move Delete Spam 1

Inbox 145
Unread
Starred
Drafts 164
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Shopping
Receipts
Travel

Folders Hide
New Folder
Camaro custom build
Documents 9
Legal information 33
Need
Sent Items
Stoni medical staffing

Re: Notice to agent to notify the principal and principal notify the agent

Yahoo/Sent

jazzma hall <jazzma12@y
To:
ccwomack@southernco.cc
Cc:
AAbramovitz@southernco.

Mon, Jan 23 at 11:27 AM

Good morning,

I rescind any agreements (contracts) we have violated Micocina rights according to12 CFR 226.13 billing era(7)(1) consumer rights to withhold disputed amount(e) procedures is billing error occurred as asserted. These documents will also be registered as well.

> On Tuesday, January 3, 2023 at 10:34:26 AM EST, jazzma hall <jazzma12@yahoo.com> wrote:
>
> Good morning,
>
> Mr Womack I don't know if you're getting my documents that I am sending to your principal. But I attached the documents in this email I also sent a notice saying that I am only dealing with the CEO or the CFO that is handling my books.

OFFICIAL D... .pdf
1.9MB

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE Upgrade Now

Find messages, documents, photos or peo Advanced Home

Compose

Back Archive Move Delete Spam 1

Inbox 145
Unread
Starred
Drafts 164
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Shopping
Receipts
Travel

Folders Hide
New Folder
Camaro custom build
Documents 9
Legal information 33
Need
Sent Items
Stoni medical staffing

Notice to agent to notify the principal and principal notify the agent

Yahoo/Sent

jazzma hall <jazzma12@ya
To: ccwomack@southernco.con

Tue, Jan 3 at 10:34 AM

Good morning,

Mr Womack I don't know if you're getting my documents that I am sending to your principal. But I attached the documents in this email I also sent a notice saying that I am only dealing with the CEO or the CFO that is handling my books.

Download all attachments as a zip file

Notice of error.pdf 141.9kB

Power of Att... .pdf 276.2kB

Conveyanc... .pdf 99.6kB

Copy of ide... .pdf 1.5MB

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

**CERTIFICATE OF SERVICE**

I Jazzma Hall certify that on ~~February 27,~~ March 1, 2023, I sent Georgia Power and Christopher Womack the **Amended Complaint and Request for Injunction** through regular United States Postal Service.

3/1/2023
Hall, Jazzma, agent